**ROACHE & ASSOCIATES**
ATTORNEYS-AT-LAW
581 S. RANGELINE RD., STE. A1
CARMEL, IN 46032-2149

(317) 688-7082   FAX (317) 688-7086

April 23, 2019

Daniel S. O'Toole & Stacia L. O'Toole
13867 Smokey Ridge Dr.
Carmel, IN 46033

Re: Smokey Ridge HOA/O'Toole
   13867 Smokey Ridge Dr., Carmel, IN

Daniel S. O'Toole & Stacia L. O'Toole:

   I am writing again as attorney for Smokey Ridge Homeowners Association, Inc. in reference to your association dues. Thank you for your recent check # 611016362 dated 3/25/19 in the amount of $477.50 paid direct to Smokey Ridge HOA.

   Unfortunately, you did not pay the total balance due of **$652.50**. You paid late and were turned over for collections. You owe the attorney's fees associated with paying late. **Please remit the shortage amount of $175.00 by May 3rd, 2019** or you may be obligated to pay additional attorney's fees, etc. If you want to resolve this matter, without further legal proceedings, **your payment to "Smokey Ridge HOA" should be sent to me before the above date.**

   I am a debt collector and this communication is an attempt to collect a debt. Any information obtained will be used for that purpose. Thank you for your cooperation.

Sincerely,

/s/ Robert D. Roache, II

Robert D. Roache, II

RDR/bkr
Enclosure

**PLAINTIFF'S EXHIBIT "B"**