7/16/2020 Case 1:20-cv-01893-DLP-SEB  Document 1-3  Filed 07/16/20  Page 1 of 2 PageID #: 7
Indiana Southern Civil Cover Sheet

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
DANIEL S O'TOOLE ;
**County of Residence:** Hamilton County

Additional Plaintiff(s):
STACIA L O'TOOLE ;

**Defendant(s):**
First Listed Defendant:
ROACHE & ASSOCIATES ;
**County of Residence:** Hamilton County

**County Where Claim For Relief Arose:** Hamilton County

**Plaintiff's Attorney(s):**
ATTORNEY AT LAW JAMES RICHARD RECKER (DANIEL O'TOOLE)

8401 Moller Rd #78663
Indianapolis, Indiana 46278
**Phone:** 3174791470
**Fax:** 3172950485
**Email:** jamesrecker@justice.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act
**Cause of Action:** 15 U.S.C.A. 1692 et. seq.
**Requested in Complaint**
  **Class Action:** Not filed as a Class Action
  **Monetary Demand (in Thousands):**
  **Jury Demand:** No
  **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/James R. Recker

**Date:** 07/16/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.