UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANIEL S. O'TOOLE, ) | |
| STACIA L. O'TOOLE, ) | |
|     Plaintiffs, ) | |
| ) | |
| v.  ) | CAUSE NO.: 1:20-cv-01893-SEB-DLP |
| ) | |
| ROACHE & ASSOCIATES, ) | |
|     Defendant. ) | |

**DEFENDANT'S MOTION TO AMEND THE NAME OF THE DEFENDANT**

Defendant, Bob Roache Law, Inc. d/b/a Roache & Associates, by counsel, respectfully submits its Motion to Amend the Name of the Defendant, and in support thereof states:

1. Plaintiffs, Daniel S. O'Toole and Stacia L. O'Toole, filed their Complaint on July 16, 2020, naming the Defendant as Roache & Associates. [See Doc. 1].

2. The legal name of the Defendant company is Bob Roache Law, Inc. which does business as Roache & Associates.

3. In order to clarify the proper name of the Defendant, the name of the Defendant as a party should be corrected to Bob Roache Law, Inc. d/b/a Roache & Associates.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion, and for all other just and proper relief.

                Respectfully submitted,

                /s/ Joseph B. Walterman
                Joseph B. Walterman (24436-49)
                jbw@watermanlegal.com
                P.O. Box 631
                Greenwood, IN 46142
                Phone: 317-750-7990

## CERTIFICATE OF SERVICE

      I hereby certify that on 10-6-20, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Attorney for Plaintiffs:

James R. Recker

                                                        <u>/s/ Joseph B. Walterman</u>
                                                        Joseph B. Walterman (24436-49)