# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANIEL S. O'TOOLE, )<br>STACIA L. O'TOOLE, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BOB ROACHE LAW, INC., )<br>D/B/A ROACHE & ASSOCIATES, )<br>    Defendant. ) | CAUSE NO.: 1:20-cv-01893-SEB-DLP |

### ORDER GRANTING DEFENDANT'S MOTION TO AMEND THE NAME OF THE DEFENDANT

Defendant, Bob Roache Law, Inc. d/b/a Roache & Associates, by counsel, having submitted its Motion to Amend the Name of the Defendant, and the Court being duly advised, hereby grants the Motion. The name of the Defendant shall be changed on all future filings as Bob Roache Law, Inc. d/b/a Roache & Associates.

SO ORDERED: _____

_____
JUDGE, U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Distribution:

Attorney for Plaintiffs:
James R. Recker

Attorney for Defendant:
Joseph B. Walterman