UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL S. O'TOOLE, | ) | |
| STACIA L. O'TOOLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01893-DLP-SEB |
| | ) | |
| BOB ROACHE LAW, INC | ) | |
| d/b/a ROACHE  & ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's order entered this day, the Court now enters

**FINAL JUDGMENT** and **DISMISSES** this action for lack of subject matter jurisdiction.

So ORDERED.

Date: 2/16/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email